TAB "2"

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO: 2024-CA-11680 (AN)

REGINA PERAGINE,
        Plaintiff,

vs.

FLORIDA DEPARTMENT
OF TRANSPORTATION,
        Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Clerk, Palm Beach County Circuit Court
        205 N. Dixie Highway
        West Palm Beach, FL   33401

PLEASE TAKE NOTICE THAT Defendant FLORIDA DEPARTMENT OF TRANSPORTATION, removed the above-styled action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida. Attached hereto is a copy of the Notice of Removal which has been filed in the United States District Court, Southern District of Florida. *See* Notice attached hereto as Exhibit "1."

                        Respectfully submitted,
                        **WHITELOCK & ASSOCIATES, P.A.**
                        300 Southeast Thirteenth Street
                        Fort Lauderdale, Florida 33316
                        Telephone:  (954) 463-2001
                        Facsimile:   (954) 463-0410
                        Counsel for Defendant, Florida Department of Transportation

                        /s/Christopher J. Whitelock
                        Christopher J. Whitelock
                        Florida Bar No. 067539
                        DAVID S. FRANK
                        Florida Bar No.  93906

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via e-mail to: Marie A. Mattox, Esq., Katherine L. Viker, Esq., Marie A. Mattox, P.A., 203 North Gadsden Street, Tallahassee, FL 32301, e-mail: marie@mattoxlaw.com; katherine@mattoxlaw.com, this 11 day of April, 2025.

/s/ Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK